**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DEAN LEDFORD and** | ) |
| **BRANDI LEDFORD,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CAUSE NO.:** 3:24-cv-00055 |
| | ) |
| **FEDEX GROUND PACKAGE SYSTEM, INC.** | ) |
| **SIMPLE TRANSIT, INC, and** | ) |
| **BRIAN DICKIE** | ) |
| | ) |
| **Defendants.** | ) |

**COMPLAINT**

NOW COMES Plaintiffs, DEAN LEDFORD and BRANDI LEDFORD, by counsel, David A. Wilson of Wilson & Novak, P.C., and for Plaintiffs cause of action against the Defendants, FEDEX GROUND PACKAGE SYSTEM, INC., SIMPLE TRANSIT, INC. and BRIAN DICKIE, alleges and states as follows:

**FACTS COMMON TO ALL COUNTS**

1. That all the events complained of herein occurred in Madison County, State of Illinois..

2. That at all times relevant herein, DEAN LEDFORD was an individual who is a legal resident of the State of Indiana.

3. That at all times relevant herein, BRANDI LEDFORD was an individual who is a legal resident of the State of Indiana, and who was and is the lawfully wedded wife of DEAN LEDFORD.

4. That at all times relevant herein, BRIAN DICKIE was an individual who upon information and belief, is a legal resident of the State of Ohio, and was operating a semi-tractor and trailer combination in the State of Illinois.

5. That the Defendant, FEDEX GROUND PACKAGE SYSTEM INC., (hereinafter referred

to as “FED-EX”), is a for profit corporation incorporated in the State of Delaware, with its’ principle headquarters in the State of Pennsylvania.

6. That Defendant, Simple Transit, Inc., is a Florida Corporation, which employed Defendant Brian Dickie while the latter operated a semi-tractor and double-trailer combination in the State of Illinois.

7. That Defendant Brian Dickie is a resident of the State of Ohio, and at all relevant times herein, was operating a semi-tractor and double-trailer combination in the State of Illinois

8. That the damages herein exceed seventy-five thousand dollars ($75,000.00).

9. That on May 21, 2023 at approximately 7:59 a.m., Plaintiff DEAN LEDFORD was operating his motorcycle in the left, innermost lane on Interstate 70 eastbound near milepost 16.

10. That on May 21, 2023 at approximately 7:59 a.m., Defendant BRIAN DICKIE was operating a semi-tractor and double trailer combination in the right, outermost lane on Interstate 70, eastbound near milepost 16 in Madison County, Illinois.

11. That without signal or warning, Defendant BRIAN DICKIE crossed into the left lane, forcing Plaintiff, DEAN LEDFORD off the road and into the center median, where Plaintiff’s motorcycle overturned and crashed, ejecting Plaintiff, DEAN LEDFORD off the motorcycle.

## COUNT I – NEGLIGENCE

NOW COMES the Plaintiffs, DEAN LEDFORD and BRANDI LEDFORD, by counsel, David A. Wilson of Wilson & Novak, P.C., and for Count I of Plaintiffs’ cause of action against the Defendant, BRIAN DICKIE, alleges and states as follows:

12. That the Plaintiffs re-allege the allegations contained in Paragraphs 1 through 11 of Plaintiffs’ Complaint as and for paragraph 12 of Plaintiffs’ Complaint, with like effect as

if fully set forth herein.

13. That on May 21, 2023, Defendant BRIAN DICKIE was careless and negligent in the operation of the semi-tractor and double trailer combination, and whose acts and/or omissions include, but are not limited to, one or more of the following ways:

a. Failing to maintain a reasonable control of his semi tractor-trailer;

b. Failing to operate the tractor-trailer in a safe and reasonable manner;

c. Failing to yield to other drivers on the roadway;

d. Operated the tractor-trailer aggressively and without regard for the health and safety of others upon the roadway;

e. Failing to keep a proper look out for other vehicles, distance, roadway space, and obstructions;

f. Changing lanes without warning to other vehicles on the roadway;

g. Failing to act as a reasonable operator of a semi-tractor trailer would act under the same or similar circumstances.

14. As a direct and proximate result of the foregoing crash and the conduct of BRIAN DICKIE, Plaintiff, DEAN LEDFORD was physically injured, suffered emotional distress; sustained other permanent and severe personal injuries, including three fractured vertebra in his spine, incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; has lost income or wages, and he incurred other injuries and damages of a personal and pecuniary nature.

15. As a further direct and proximate result of the foregoing crash and the conduct of BRIAN DICKIE, Plaintiff, BRANDI LEDFORD has lost the services and consortium of her husband,

DEAN LEDFORD, which were and still are of great value to her.

WHEREFORE, the Plaintiffs, DEAN LEDFORD and BRANDI LEDFORD, prays for judgment against the Defendant, BRIAN DICKIE, in a just and proper sum, for the costs of this action, for pre-judgment interest, and for all other just and proper relief.

Respectfully submitted,

_/s/ David A. Wilson_____________
David A. Wilson

Wilson & Novak, P.C.
200 W. 80th Place
Merrillville, IN 46410
(ARDC #6244132)
*Attorney for Plaintiffs*

**COUNT II – RESPONDEAT SUPERIOR LIABILITY**

NOW COMES the Plaintiff, DEAN LEDFORD and BRANDI LEDFORD, by counsel, David A. Wilson of Wilson & Novak, P.C., and for Count II of Plaintiffs' cause of action against the Defendant, SIMPLE TRANSIT, INC., alleges and states as follows:

16. That the Plaintiffs re-allege the allegations contained in Paragraphs 1 through 15 of Plaintiffs' Complaint as and for paragraph 16 of Plaintiffs' Complaint, with like effect as if fully set forth herein.

17. That on May 21, 2023, Defendant, BRIAN DICKIE, was an employee of SIMPLE TRANSIT, INC.

18. That Defendant, SIMPLE TRANSIT, INC., is vicariously liable for the acts and/or omissions of Defendant, BRIAN DICKIE.

19. That ss a direct and proximate result of the foregoing crash and the conduct of BRIAN DICKIE, Plaintiff, DEAN LEDFORD was physically injured, suffered emotional distress; sustained other permanent and severe personal injuries, including three fractured

vertebra in his spine, incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; has lost income or wages, and he incurred other injuries and damages of a personal and pecuniary nature, for which Defendant, SIMPLE TRANSIT, INC., is vicariously liable.

20. That ss a further direct and proximate result of the foregoing crash and the conduct of BRIAN DICKIE, Plaintiff, BRANDI LEDFORD has lost the services and consortium of her husband, DEAN LEDFORD, which were and still are of great value to her, for which Defendant, SIMPLE TRANSIT, INC., is vicariously liable.

WHEREFORE, the Plaintiffs, DEAN LEDFORD and BRANDI LEDFORD, pray for judgment against the Defendant, SIMPLE TRANSIT. INC., in a just and proper sum, for the costs of this action, for pre-judgment interest, and for all other just and proper relief.

Respectfully submitted,

_/s/ David A. Wilson______________
David A. Wilson

Wilson & Novak, P.C.
200 W. 80th Place
Merrillville, IN 46410
(ARDC #6244132)
*Attorney for Plaintiffs*

**COUNT III – RESPONDEAT SUPERIOR LIABILITY OF STATUTORY EMPLOYER**

NOW COMES Plaintiffs, DEAN LEDFORD and BRANDI LEDFORD, by counsel, David A. Wilson of Wilson & Novak, P.C., and for Count III of Plaintiffs cause of action against the Defendant, FEDEX GROUND PACKAGE SYSTEM, INC., alleges and states as follows:

21. That the Plaintiffs re-allege the allegations contained in Paragraphs 1 through 20 of Plaintiffs' Complaint as and for paragraph 21 of Plaintiffs' Complaint, with like effect as

if fully set forth herein.

22. That on May 21, 2023, Defendant BRIAN DICKIE was operating a semi-tractor and double-trailer combination and engaged in interstate transportation.

23. That at the time of the crash, BRIAN DICKIE was operating under Department of Transportation number 265752, registered to Defendant, FEDEX GROUND PACKAGE SYSTEM, INC.

24. That on May 21, 2023, BRIAN DICKIE was operating a semi-tractor and trailer combination bearing the logo of "FedEx Ground", which is the trade name for FEDEX GROUND PACKAGE SYSTEM, INC., and for which semi-tractor Defendant, FEDEX GROUND PACKAGE SYSTEM, INC., has entered into a vehicle lease agreement pursuant to 49 C.F.R. 376.12

25. That pursuant to 49 C.F.R. 390.5, BRIAN DICKIE was a statutory employee of FEDEX GROUND PACKAGE SYSTEM, INC..

26. That by virtue of operating under the D.O.T. authority of FEDEX GROUND PACKAGE SYSTEM, INC., Defendant, FEDEX GROUND PACKAGE SYSTEM, INC. is vicariously liable for the acts and/or omissions of Defendant, BRIAN DICKIE.

27. That ss a direct and proximate result of the foregoing crash and the conduct of BRIAN DICKIE, Plaintiff, DEAN LEDFORD was physically injured, suffered emotional distress; sustained other permanent and severe personal injuries, including three fractured vertebra in his spine, incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; has lost income or wages, and he incurred other injuries and damages of a personal and pecuniary nature, for which Defendant, FEDEX GROUND PACKAGE

SYSTEM, INC, is vicariously liable.

28. That ss a further direct and proximate result of the foregoing crash and the conduct of BRIAN DICKIE, Plaintiff, BRANDI LEDFORD has lost the services and consortium of her husband, DEAN LEDFORD, which were and still are of great value to her, for which Defendant, FEDEX GROUND PACKAGE SYSTEM, INC, is vicariously liable.

WHEREFORE, the Plaintiffs, DEAN LEDFORD and BRANDI LEDFORD, pray for judgment against the Defendant, SIMPLE TRANSIT. INC., in a just and proper sum, for the costs of this action, for pre-judgment interest, and for all other just and proper relief.

Respectfully submitted,

_/s/ David A. Wilson______________
David A. Wilson

Wilson & Novak, P.C.
200 W. 80th Place
Merrillville, IN 46410
(ARDC #6244132)
*Attorney for Plaintiffs*

**MOTION FOR TRIAL BY JURY**

Plaintiffs by counsel, requests a trial by jury on all counts triable by a jury.

Respectfully submitted,

_/s/ David A. Wilson______________
David A. Wilson

Wilson & Novak, P.C.
200 W. 80th Place
Merrillville, IN 46410
(ARDC #6244132)
*Attorney for Plaintiffs*